FILED
CLERK, U.S. DISTRICT COURT

OCT 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-mj-1897 |
| Plaintiff, | ORDER OF PRETRIAL DETENTION AFTER HEARING |
| v. | (18 U.S.C. § 3142(i)) |
| Victor Vides-Contreras, | |
| Defendant. | |

I.

A. ( ) Upon motion of the Government in a case that involves:

    1. ( ) a crime of violence or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of imprisonment of ten (10) years or more is prescribed; or

    2. ( ) an offense for which the maximum sentence is life imprisonment or death; or

    3. ( ) an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act, Controlled Substances Import and Export Act or Maritime Drug Law Enforcement Act; or

     4.   ( ) any felony if defendant has been convicted of
              two or more offenses described in
              subparagraphs 1-3 above, or two or more state
              or local offenses that would have been
              offenses described in subparagraphs 1-3 above
              if a circumstance giving rise to federal
              jurisdiction had existed, or a combination of
              such offenses.
     5.   ( ) any felony that is not otherwise a crime of
              violence that involves a minor victim, or
              possession or use of a firearm or destructive
              device or any other dangerous weapon, or a
              failure to register under 18 U.S.C. § 2250.
B.   Upon motion (✓) of by the Government ( ) of the Court <u>sua
     sponte</u>, in a case that involves:
     1.   (✓) a serious risk that defendant will flee;
     2.   ( ) a serious risk that defendant will
          a.   ( ) obstruct or attempt to obstruct justice;
               or
          b.   ( ) threaten, injure, or intimidate a
                   prospective witness or juror or attempt
                   to do so.
C.   The Government ( ) is (✓) is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

## II.

A. (✓) The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B. (✓) The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

## III.

The Court has considered:

A. (✓) the nature and circumstances of the offense(s) charged;
B. (✓) the weight of the evidence against defendant;
C. (✓) the history and characteristics of defendant;
D. (✓) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;
E. (✓) the Pretrial Services Report/Recommendation;
F. (✓) the evidence proffered/presented at the hearing;
G. (✓) the arguments of counsel.

///
///
///
///
///
///

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons and the community based on: _criminal history_

B. (✓) Defendant poses a serious flight risk based on: _appeal status; nature of allegations_

C. ( ) A serious risk exists that defendant will:
   1. ( ) obstruct or attempt to obstruct justice;
   2. ( ) threaten, injure or intimidate a prospective witness or juror or attempt to do so;

   based on: _____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community;

and/or

| | |
|---|---|
| 1 | ( ) Defendant has not rebutted by sufficient evidence to |
| 2 | the contrary the presumption provided in 18 U.S.C. |
| 3 | § 3142(e) that no condition or combination of |
| 4 | conditions will reasonably assure the appearance of |
| 5 | defendant as required. |
| 6 | IT IS ORDERED that defendant be detained prior to trial. |
| 7 | IT IS FURTHER ORDERED that defendant be committed to the custody |
| 8 | of the Attorney General for confinement to a corrections facility |
| 9 | separate, to the extent practicable, from persons awaiting or serving |
| 10 | sentences or persons held in custody pending appeal. |
| 11 | IT IS FURTHER ORDERED that defendant be afforded reasonable |
| 12 | opportunity for private consultation with defendant's counsel. |
| 13 | IT IS FURTHER ORDERED that, on Order of a Court of the United |
| 14 | States or on request of an attorney for the Government, the person in |
| 15 | charge of the corrections facility in which defendant is confined |
| 16 | deliver defendant to a United States Marshal for the purpose of an |
| 17 | appearance in connection with a court proceeding. |
| 18 | DATED: 10/10/14 |

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge